LAW OFFICES OF

# JOSEPH V. SORRENTINO, PLLP

404 MANOR ROAD
STATEN ISLAND, NY 10314
(718) 720-4943
FAX (718) 720-5009

ADMITTED IN NEW YORK
AND NEW JERSEY

Of Counsel
Andrew John Calcagno, Esq. †
Timothy Forsyth, Esq. †
† Admitted in New York, New Jersey,
Pennsylvania and The District of Columbia

NEW JERSEY OFFICE
213 South Avenue East
Second Floor
Cranford, NJ 07016
(201)656-6525

December 13, 2011

**VIA ELECTRONIC CASE FILING**
The Honorable Sandra L. Townes, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Barisciano, et al.*
      *Docket No. 11-CR-413(SLT)*

Dear Judge Townes:

Please be advised that I represent defendant Jay Parisi in the above-referenced matter. Mr. Parisi is currently at liberty with travel restrictions within the Eastern District of New York, the Southern District of New York and the District of New Jersey.

With the concurrence of the government by Assistant U.S. Attorney Lan Nguyen we are respectfully seeking to enlarge Mr. Parisi's pretrial travel restrictions to include traveling by air with his wife and two children to Aruba for a family vacation from Monday, February 20, 2012 through Monday, February 27, 2012. He will, of course, inform Pretrial Services of his exact lodging and traveling arrangements.

Respectfully submitted,

JOSEPH V. SORRENTINO, ESQ.

JVS:lq

So Ordered:

_____
The Honorable Sandra L. Townes, U.S.D.J.

c:   Assistant U.S. Attorney Lan Nguyen
     U.S. Pretrial Officer Bianca Carter